## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTIANSEN AVIATION, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | 4:12-CV-00421-JED-TLW |
| | ) | |
| XL SPECIALTY INSURANCE COMPANY; | ) | |
| FALCON INSURANCE AGENCY, INC; | ) | |
| VECTAIR USA, LLC; AERO QUEST, LLC | ) | |
| d/b/a AIR VENTURE FLIGHT CENTER; AND | ) | |
| NATALIE BINGHAM HOOVER, | ) | |
| | ) | |
| Defendants | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Christiansen Aviation, by and through its attorneys of record, Gibbs Armstrong Borochoff Mullican & Hart, P.C., and Defendants XL Specialty Insurance Company, Falcon Insurance Agency, Inc, Vectair USA, LLC, Aero Quest, LLC d/b/a Air Venture Flight Center, and Natalie Bingham Hoover, by and through its counsel of record, Rhodes, Hieronymus, Jones, Tucker & Gable, P.L.L.C., and stipulates to dismissal with prejudice all causes of action, including: breach of contract, bad faith, fraud, negligent misrepresentation, negligence, negligent supervision, and indemnity against all Defendants, including: XL Specialty Insurance Company, Falcon Insurance Agency, Inc., Vectair USA, LLC, Aero Quest, LLC, d/b/a Air Venture Flight Center, and Natalie Bingham Hoover.  Each party is to be responsible for their own costs and fees.

Respectfully submitted,

**GIBBS ARMSTRONG BOROCHOFF**
   **MULLICAN & HART, P.C.**

s/ Jamie A. Rogers
George Gibbs, OBA# 11843
Jamie Rogers, OBA #19927
601 South Boulder
Tulsa, Oklahoma 74119
(918) 587-3939
(918) 582-5504 fax
Attorneys for Plaintiff

And

**RHODES, HIERONYMUS, JONES**
   **TUCKER & GABLE, P.L.L.C.**

s/ Kerry R. Lewis
Kerry R. Lewis, OBA # 9110
John H. Tucker, OBA # 16519
P. O. Box 21100
Tulsa, OK  74121-1100
(918) 582-1173
(918) 592-3390 (fax)

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 25, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

John H. Tucker
Kerry R. Lewis
Rhodes, Hieronymus, Jones,
   Tucker & Gable, P.L.L.C.
P. O. Box 21100
Tulsa, OK  74121-1100

   /s/ Jamie Rogers